RECEIVED
05 MAY 31 AM 8:43

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

**STEYER LOWENTHAL**
**BOODROOKAS ALVAREZ & SMITH LLP**
ONE CALIFORNIA STREET, THIRD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 421-3400

Allan Steyer (Calif. Bar No. 100318)
Edward Egan Smith (Calif. Bar No. 169792)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CROWN VANTAGE, INC.,<br><br>Debtor.<br>Employer I.D. # 54-1752384 | Case No.: C02-03836 MMC<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSIONS *PRO HAC VICE* OF SCOTT G. KLEIN** |
| CROWN PAPER LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP f/k/a COOPERS & LYBRAND; ERNST & YOUNG; McGUIRE, WOODS, BATTLE & BOOTH; MERRILL LYNCH & CO.; MERRILL, LYNCH, PIERCE FENNER & SMITH; SALOMON BROS.; DONALDSON, LUFKIN & JENRETTE; HOULIHAN LOKEY HOWARD & ZUKIN; CLIFFORD CUTCHINS; STEPHEN HARE; ERNEST LEOPOLD; E. LEE SHOWALTER; ROBERT C. WILLIAMS; WILLIAM DANIEL; and JOSEPH T. PIEMONT,<br><br>Defendants. | Judge: Hon. Maxine M. Chesney |

ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF SCOTT G. KLEIN
Case No. C 02-03836 MMC

1  Scott G. Klein, an active member in good standing of the State Bar of Florida, having applied
2  in the above-entitled related actions for admission to practice in the Northern District of California
3  on a *pro hac vice* basis, representing Crown Paper Liquidating Trust,
4  
5  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
7  *vice*. Service of papers upon and communication with co-counsel designated in the application shall
8  constitute notice to the party.

10  Dated: MAY 3 1 2005

                                              _____
11                                            The Honorable Maxine M. Chesney
                                              United States District Judge

1

ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF SCOTT G. KLEIN
Case No. C 02-03836 MMC