**STEYER LOWENTHAL
BOODROOKAS ALVAREZ & SMITH LLP**
ONE CALIFORNIA STREET, THIRD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 421-3400



RECEIVED

05 MAY 31 AM 8:42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

Allan Steyer (Calif. Bar No. 100318)
Edward Egan Smith (Calif. Bar No. 169792)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CROWN VANTAGE, INC.,<br><br>Debtor.<br>Employer I.D. # 54-1752384<br><br>CROWN PAPER LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP f/k/a COOPERS & LYBRAND; ERNST & YOUNG; McGUIRE, WOODS, BATTLE & BOOTH; MERRILL LYNCH & CO.; MERRILL, LYNCH, PIERCE FENNER & SMITH; SALOMON BROS.; DONALDSON, LUFKIN & JENRETTE; HOULIHAN LOKEY HOWARD & ZUKIN; CLIFFORD CUTCHINS; STEPHEN HARE; ERNEST LEOPOLD; E. LEE SHOWALTER; ROBERT C. WILLIAMS; WILLIAM DANIEL; and JOSEPH T. PIEMONT,<br><br>Defendants. | Case No.: C02-03836 MMC<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF DAVID W. TRENCH**<br><br>Judge: Hon. Maxine M. Chesney |

1

**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF DAVID W. TRENCH**

Case No. C 02-03836 MMC

David W. Trench, an active member in good standing of the State Bar of Florida, having applied in the above-entitled related actions for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Crown Paper Liquidating Trust,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: __MAY 3 1 2005__

_____
The Honorable Maxine M. Chesney
United States District Judge