IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST, | No. C-02-3836 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| PRICEWATERHOUSECOOPERS LLP f/k/a COOPERS & LYBRAND, et al., | |
| Defendants / | |

  On June 16, 2005, defendants Houlihan Lokey Howard & Zukin and Credit Suisse First Boston electronically filed their Joint Response to Plaintiff's Proposed Orders on Emergency Motion to Stay.  Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

  Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced document.  All parties are hereby advised that if either party fails in the future to comply

1  with the Court's Standing Order to provide chambers copies of electronically-filed
2  documents, the Court may impose sanctions on the noncomplying party, including, but not
3  limited to, striking from the record any electronically-filed document of which a chambers
4  copy has not been timely provided to the Court.
5  **IT IS SO ORDERED.**
6
7  Dated: June 21, 2005                                          /s/ Maxine M. Chesney
                                                                 MAXINE M. CHESNEY
8                                                                United States District Judge