James C. Krieg (SBN 77069) (jkrieg@kksrr.com)
Stan G. Roman (SBN 87652) (sroman@kksrr.com)
Krieg, Keller, Sloan, Reilley & Roman LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
McGUIREWOODS LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CROWN VANTAGE, INC.<br><br>Debtor,<br><br>Employer I.D. #54-1752384 | CASE NO. C 02-03836 ~~WHA~~ MMC<br><br>**Consolidated with:**<br><br>**CASE NO. C-02-03838 WHA**<br>**CASE NO. C-02-03839 WHA** |
| CROWN PAPER LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>PRICEWATERHOUSECOOPERS LLP f/k/a COOPERS & LYBRAND; ERNST & YOUNG; McGuire, WOODS, BATTLE & BOOTH; MERRILL LYNCH & CO.; MERRILL, LYNCH, PIERCE, FENNER & SMITH; SALOMON BROS.; DONALDSON, LUFKIN & JENRETTE; HOULIHAN LOKEY HOWARD & ZUKIN; CLIFFORD CUTCHINS; STEPHEN HARE; ERNST LEOPOLD; E. LEE SHOWALTER; ROBERT C. WILLIAMS; WILLIAM DANIEL; and JOSEPH T. PIEMONT,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING DATES FOR DEFENDANT MCGUIREWOODS LLP'S MOTION FOR ATTORNEYS' FEES**<br><br>Dept: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

Pursuant to Rule 6-2 of the Local Rules of the Northern District of California, plaintiff Crown Paper Liquidating Trust (the "Trust") and Defendant McGuireWoods LLP ("McGuireWoods") stipulate as follows and respectfully request that the Court enter their Proposed Order.

WHEREAS on July 12, 2004, this Court granted Defendant McGuireWoods' Motion to Dismiss this action with prejudice;

On July 28, 2004, McGuireWoods filed a Motion for Attorneys' Fees, arguing that McGuireWoods was entitled to attorneys' fees under the terms of an Option and Settlement Agreement, but requesting that the Court defer ruling on the attorneys' fees motion until proceedings in the Delaware Chancery Court (the "Delaware Action") involving the Option and Settlement Agreement were resolved;

On January 12, 2005, this Court issued an order finding that "because significant issues concerning the contract under which McGuireWoods seeks an award of attorney's fees are pending in the Delaware Action, the court finds it appropriate to deny the motion at this time, without prejudice to refiling upon completion of the proceedings in Delaware." The Court held that McGuireWoods could refile its attorneys' fee motion no later than fourteen days after entry of a final judgment in the Delaware Action.

The Delaware Action was dismissed without prejudice on December 21, 2005;

The parties are discussing a resolution of McGuireWoods' claim for attorneys' fees that will not require the Court to consider or rule at this time upon the factually and legally complex issues involved, thereby saving the Court and parties substantial time and expense;

Most of the attorneys for McGuireWoods working on this case will be on holiday vacations until shortly before the date the attorneys' fee motion is presently due;

The requested extension of time will not have an adverse effect on the schedule of this case because the Trust's appeal of this Court's order granting McGuireWoods' Motion to Dismiss is still pending before the Ninth Circuit Court of Appeals and no notice of hearing has yet been received;

IT IS HEREBY STIPLATED AND AGREED THAT, subject to Court approval, the last day for McGuireWoods to file its Motion for Attorneys' fees shall be continued from January 4, 2006 to March 3, 2006.

/////

/////

---

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING DATES FOR
DEFENDANT MCGUIREWOODS LLP'S MOTION FOR ATTORNEYS' FEES
Case Nos. C 02-3836; C 02-3838; and C 02-3839                                                                                     1

**STIPULATED AND AGREED:**

Dated: December 23, 2005       Krieg, Keller, Sloan, Reilley & Roman LLP

By: _____/s/_____
    STAN ROMAN
    Attorneys for Defendant McGuireWoods LLP

Dated: December 23, 2005       Beus Gilbert PLLC

By: _____
    MALCOLM LOEB
    Attorneys for Plaintiff Crown Paper Liquidating Trust

**IT IS SO ORDERED.**

Dated: _____, 2005

_____
Hon. Maxine M. Chesney
United States District Court Judge

---

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING DATES FOR
DEFENDANT MCGUIREWOODS LLP'S MOTION FOR ATTORNEYS' FEES
Case Nos. C 02-3836; C 02-3838; and C 02-3839                                    2

**STIPULATED AND AGREED:**

Dated: December 23, 2005        Krieg, Keller, Sloan, Reilley & Roman LLP

By: _____
STAN ROMAN
Attorneys for Defendant McGuireWoods LLP

Dated: December 23, 2005        Beus Gilbert PLLC

By: _____
MALCOLM LOEB
Attorneys for Plaintiff Crown Paper Liquidating Trust

**IT IS SO ORDERED.**

Dated: December 27, 2005

_____
Hon. Maxine M. Chesney
United States District Court Judge

---

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING DATES FOR DEFENDANT MCGUIREWOODS LLP'S MOTION FOR ATTORNEYS' FEES
Case Nos. C 02-3836; C 02-3838; and C 02-3839

2