James C. Krieg (SBN 77069) (jkrieg@kksrr.com)
Stan G. Roman (SBN 87652) (sroman@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
McGUIREWOODS LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br><br>CROWN VANTAGE, INC.<br><br>    Debtor<br><br>Employer I.D. #54-1752384<br><br>CROWN PAPER LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>PRICEWATERHOUSEOOPERS LLP fka COOPERS & LYBRAND, et al.<br><br>    Defendants | Case No.: C-02-03836<br><br>**Consolidated with:**<br><br>    **Case No. C-02-03838 WHA**<br>    **Case No. C-02-03839 WHA**<br><br>**ORDER GRANTING DEFENDANT MCGUIREWOODS LLP'S ADMINISTRATIVE MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES EXCEEDING PAGE LIMITS**<br><br>Judge: Hon. Maxine M. Chesney |

Having considered defendant McGuireWoods LLP's Administrative Request to file a Memorandum of Points and Authorities in Support of its Motion for Attorneys' Fees that exceeds the 25-page limit for briefs by five pages, which is not opposed by Plaintiff Crown Paper Liquidating Trust, the Court finds that there is good cause to grant the Administrative

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE MEMORANDUM OF POINTS
AND AUTHORITIES EXCEEDING PAGE LIMITS
CASE NO.: C02-03836

1  Request.  Accordingly,

2      IT IS HEREBY ORDERED that defendant McGuireWoods LLP shall be permitted to
3  file a Memorandum of Points and Authorities in support of its Motion for Attorneys' Fees that
4  shall not exceed 30 pages.  IT IS FURTHER ORDERED THAT plaintiff Crown Paper
5  Liquidating Trust shall be permitted to file an Opposition to McGuireWoods' motion that shall
6  not exceed 30 pages.

7      IT IS FURTHER ORDERED that McGuireWoods LLP, which filed the instant
8  Administrative Request in an action in which it is not a party, specifically, Case No. 02-3838,
9  shall forthwith file the instant Administrative Request in the correct action, Case No. 02-3836

10      IT IS SO ORDERED.

12  Dated: March 2, 2006

13                                         Hon. Maxine M. Chesney
                                       United States District Judge

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE MEMORANDUM OF POINTS
AND AUTHORITIES EXCEEDING PAGE LIMITS
CASE NO.: C02-03836