**KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP**
114 SANSOME STREET
4TH FLOOR
SAN FRANCISCO CA 94101-3812
TELEPHONE: (415) 249-8330
FAX: (415) 249-8333
James C. Krieg/Calif. Bar No. 77069
jkrieg@kksrr.com
Stanley G. Roman/Calif. Bar No. 87652
sroman@kksrr.com

Attorneys for McGuireWoods LLP

**BEUS GILBERT PLLC**
4800 NORTH SCOTTSDALE ROAD, SUITE 6000
SCOTTSDALE, ARIZONA 85251
TELEPHONE: (480) 429-3000
FAX: (480) 429-3100
Leo R. Beus/Ariz. Bar No. 002687 (Pro hac vice)
lbeus@beusgilbert.com
Malcolm Loeb/Calif. Bar No. 130026
mloeb@beusgilbert.com

Attorneys for Crown Paper Liquidating Trust

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CROWN VANTAGE, INC.,<br><br>Debtor.<br>Employer I.D. # 54-1752384 | Case No.: C02-03836 MMC<br><br>**STIPULATION AND ORDER DEFERRING HEARING AND BRIEFING DATES FOR DEFENDANT MCGUIREWOODS LLP'S MOTION FOR ATTORNEYS' FEES**<br><br>**Dept.**         **Courtroom 7, 19th Floor**<br>**Judge:**       **Hon. Maxine M. Chesney** |

STIPULATION AND [PROPOSED] ORDER

| |
|---|
| CROWN PAPER LIQUIDATING TRUST, |
| Plaintiff, |
| v. |
| PRICEWATERHOUSECOOPERS LLP f/k/a COOPERS & LYBRAND; ERNST & YOUNG; McGUIRE, WOODS, BATTLE & BOOTH; MERRILL LYNCH & CO.; MERRILL, LYNCH, PIERCE FENNER & SMITH; SALOMON BROS.; DONALDSON, LUFKIN & JENRETTE; HOULIHAN LOKEY HOWARD & ZUKIN; CLIFFORD CUTCHINS; STEPHEN HARE; ERNEST LEOPOLD; E. LEE SHOWALTER; ROBERT C. WILLIAMS; WILLIAM DANIEL; and JOSEPH T. PIEMONT, |
| Defendants. |

Pursuant to Rule 6-2 of the Local Rules of the Northern District of California and Fed. R. Civ. P. 54(d)(2)(6), Defendant McGuireWoods LLP ("McGuireWoods") and Plaintiff Crown Paper Liquidating Trust (the "Trust") stipulate as follows and respectfully request that the Court enter their proposed order.

WHEREAS on July 12, 2004, this Court granted Defendant McGuireWoods' Motion to Dismiss this action with prejudice;

The Trust filed its Notice of Appeal of the dismissal on August 10, 2004. The parties have completed briefing and are awaiting notification from the Ninth Circuit of the date for oral argument.

On July 28, 2004, McGuireWoods filed a Motion for Attorneys' Fees arguing that McGuireWoods was entitled to attorneys' fees under the terms of an Option and Settlement Agreement, but requesting that the Court defer ruling on the attorneys' fees Motion until proceedings in the Delaware Chancery Court (the "Delaware Action") involving the Option and Settlement Agreement were resolved;

On January 12, 2005, this Court issued an Order finding that "because significant issues concerning the contract under which McGuireWoods seeks an award of attorneys' fees are pending

in the Delaware Action, the Court finds it appropriate to deny the Motion at this time, without prejudice to refiling it upon completion of the proceedings in Delaware." The Court held that McGuireWoods could refile its attorneys' fee motion no later than fourteen (14) days after entry of a final judgment in the Delaware Action;

The Delaware Action was dismissed without prejudice on December 21, 2005;

On or about December 23, 2005, the parties submitted a stipulation and proposed order to the Court seeking an extension of time for McGuireWoods to file its Motion for Attorneys' Fees from January 4, 2006 to March 3, 2006;

On or about December 27, 2005, the Court granted the parties' stipulation and ordered that the last day for McGuireWoods to file its Motion for Attorneys' Fees be continued from January 4, 2006 to March 3, 2006;

On March 3, 2006, McGuireWoods filed its Notice of Motion and Motion for Attorneys' Fees and Expenses and supporting Memorandum of Points and Authorities;

The parties have continued to discuss a resolution of McGuireWoods' claim for attorneys' fees that will not require the Court to consider or rule upon the factually and legally complex issues involved in that motion. In addition, further proceedings in related litigation, *Crown Paper Co., et al. v. Fort James Corp., et al.*, Case No. C02-3838MMC, may simplify some of those issues. Therefore, the parties agree that McGuireWoods will withdraw its Motion for Attorneys' Fees without prejudice to reasserting the claim in this Court if (a) the case is remanded from the Ninth Circuit Court of Appeals to the District Court following Crown's appeal, in which event any fees claims will be litigated as provided by Rule 54; or (b) the Ninth Circuit affirms the dismissal of McGuireWoods, in which event the fee motion can be refiled at that time before this Court;

The parties note for the Court's consideration that the Advisory Committee's Note for FED. R. CIV. P. 54(d)(2)(b) provides that: "If an appeal on the merits is taken, the [District] Court may rule on the claim for fees, *may defer its ruling on the motion*, or may deny the motion without prejudice, *directing under subdivision (d)(2)(b) a new period for filing after the appeal has been resolved*." [Emphasis added];

3

The requested extension of time will save the Court and the parties substantial time and expense but will not have an adverse effect on the schedule of this case because the Trust's appeal of this Court's Order granting McGuireWoods' Motion to Dismiss is still pending before the Ninth Circuit Court of Appeals and no notice of hearing has issued.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT, upon Court approval of this stipulation, McGuirewoods shall be deemed to have withdrawn its Motion for Attorneys' Fees without prejudice to refiling the Motion if (a) the case is remanded from the Ninth Circuit Court of Appeals to the District Court in which event any fees claims will be litigated as provided by Rule 54; or (b) the Ninth Circuit affirms, in which event McGuireWoods' fee motion will be filed no later than fourteen (14) days after the Ninth Circuit's ruling.

**STIPULATED AND AGREED:**

DATED:  March 27, 2006                **Krieg, Keller, Sloan, Reilley & Roman, LLP**

By_____/s/_____
    Stan G. Roman/Calif. Bar No. 87652
    114 Sansome Street, 4th Floor
    San Francisco, CA 94101-3812

Attorneys for Defendant McGuireWoods LLP

DATED:  March 28, 2006                **BEUS GILBERT PLLC**

By_____/s/_____
    Leo R. Beus/Ariz. Bar No. 002687
    Malcolm Loeb/Calif. Bar No. 130026
    4800 North Scottsdale Road, Suite 6000
    Scottsdale, Arizona  85251

Attorneys for Plaintiff Crown Paper Liquidating Trust

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: March 30, 2006

_____
Hon. Maxine M. Chesney
United States District Court Judge

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\~7832054.doc