LEO R. BEUS, Admitted pro hac vice
ALBERT J. MORRISON, Admitted pro hac vice
BEUS GILBERT PLLC
4800 N. Scottsdale Road, Suite 6000
Scottsdale, AZ 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Attorneys for Plaintiff

JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar No. 136799
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorneys for Defendants
FORT JAMES CORPORATION
AND RELATED ENTITIES

JAMES C. KRIEG, Cal. Bar No. 77069
STAN G. ROMAN, Cal. Bar No. 87652
KRIEG, KELLER, SLOAN, REILLEY &
ROMAN LLP
114 Sansome Street, 7th Floor
San Francisco, California 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants
MCGUIRE WOODS LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PRICEWATERHOUSECOOPERS LLP fka COOPERS & LYBRAND, et al.<br><br>                    Defendants. | Case Nos. C 02-03836 MMC<br>                    C 05-0798 MMC<br><br>**STIPULATION AND ORDER CONTINUING DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES PENDING DOCUMENTATION OF SETTLEMENT**<br><br>Current Date: March 2, 2007<br>Proposed New Date:  April 27, 2007<br>Time: 9:00 a.m.<br>Courtroom:  7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney |

-1-

1   JEFFREY H. BECK, Liquidating
    Trustee of the Crown Paper Liquidating
2   Trust,

3                   Plaintiff,

4       vs.

5   FORT JAMES CORPORATION;
    FORT JAMES OPERATING
6   COMPANY; FORT JAMES FIBER
    COMPANY; FORT JAMES
7   INTERNATIONAL HOLDINGS LTD;
    AND MCGUIREWOODS, LLP,
8
    Defendants.
9

10

11

12          Plaintiff Jeffrey H. Beck, Liquidating Trustee ("Plaintiff"), and

13  defendants Fort James Operating Company, Fort James Fiber Company, and Fort

14  James International Holdings, Ltd., (collectively, "Fort James Defendants") and

15  McGuireWoods LLP ("MW," and collectively with the Fort James Defendants,

16  "Defendants", and collectively with the Fort James Defendants and Plaintiff, the

17  "Parties") stipulate as follows and respectfully request that the Court enter the

18  Parties' proposed order appended hereto.

19

20          WHEREAS, on July 12, 2004, the Court dismissed with prejudice Case

21  No. 02-03836 in favor of MW;

22

23          WHEREAS, on December 14, 2006, the Court entered judgment in

24  Case No. 05-0798 in favor of Fort James Defendants;

25

26          WHEREAS, on December 22, 2006, the Court approved the Parties'

27  stipulation to defer briefing and hearing dates for Defendants' to-be-filed attorneys'

28  fees motions;

-2-

1    WHEREAS, on January 26, 2007, MW and the Fort James Defendants

2  each timely filed an attorneys fees motion (collectively, the "Motions"), and

3  scheduled the hearings on the Motions for March 2, 2007;

4

5    WHEREAS, after the Defendants filed the Motions, the Parties have

6  been working on reaching an agreement to settle all litigation between and among

7  them, including this action and the Motions;

8

9    WHEREAS, the Parties are working to finalize settlement

10  documentation, which will be subject to the approval of the United States

11  Bankruptcy Court, Northern District of California, and in the meantime the Parties

12  wish to continue the hearings on the Motions because if the Parties' settlement is

13  approved, the Motions will be moot;

14

15    WHEREAS, with the current hearing date of March 2, 2007, Plaintiff's

16  oppositions to the Motions are due February 9, 2007 and Defendants' replies are due

17  February 16, 2007, and the Parties wish to avoid the incurrence of additional fees

18  with respect to the Motions;

19

20    IT IS HEREBY STIPULATED AND AGREED that the hearing on the

21  Motions shall be continued to April 27, 2007, and the briefing schedule for

22  Plaintiff's oppositions and Defendants' replies shall be continued in accordance with

23  the Local Rules for filing oppositions and replies.

24

25

26

27

28

-3-

1  DATED:  February 8, 2007

2                              BEUS GILBERT PLLC

3

4                              By        /s/ Albert J. Morrison
5                                        Albert J. Morrison
                                         Attorneys for Plaintiff
6

7

8  DATED:  February 8, 2007   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10                             By        /s/ Theodore A. Cohen
                                         Theodore A. Cohen
11                                       Attorneys for Fort James Defendants

12
   DATED:  February 8, 2007   KRIEG, KELLER, SLOAN, REILLEY & ROMAN
13                            LLP

14

15                             By        /s/ James C. Krieg
16                                       James C. Krieg
                                         Attorneys for Def. MCGUIRE WOODS LLP
17

18         Good cause appearing, IT IS HEREBY ORDERED that the hearing on the

19  Motions is continued to April 27, 2007, and the briefing schedule for Plaintiff's

20  oppositions and Defendants' replies is continued in accordance with the Local Rules

21  for filing oppositions and replies.

22

23  DATED:  February 12, 2007

24

25  _____
                                         Hon. Maxine M. Chesney
26                                       United States District Judge

27

28
                                       -4-
   W02-WEST:1KAB1\400200092.1           STIPULATION AND [PROPOSED] ORDER
                                        CONTINUING DEFENDANTS' MOTIONS FOR
                                        ATTORNEYS' FEES PENDING DOCUMENTATION
                                        OF SETTLEMENT