IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST, | No. 02-3836 MMC |
| Plaintiff, | **ORDER RE: REQUEST TO SUBMIT ORDERS FOR PUBLICATION** |
| v. | |
| PRICEWATERHOUSECOOPERS LLP f/k/a COOPERS & LYBRAND, et al., | |
| Defendants | |

The Court is in receipt of a letter from counsel for defendant Clifford Cutchins, dated March 16, 2007, and submitted on behalf of all defendants' counsel, in which counsel requests that the Court submit for publication its orders filed September 23, 2003 and July 12, 2004; additionally, the Court is in receipt of a letter from counsel for plaintiff, dated March 23, 2007, opposing such request.

In light of the passage of time between the issuance of the above-referenced orders and the present date, and the concerns expressed by counsel for plaintiff, the Court declines to submit the orders for publication.

**IT IS SO ORDERED.**

Dated: March 27, 2007

MAXINE M. CHESNEY
United States District Judge