1  LEO R. BEUS, Admitted pro hac vice
   ALBERT J. MORRISON, Cal. Bar No. 198047
2  BEUS GILBERT PLLC
   4800 N. Scottsdale Road, Suite 6000
3  Scottsdale, AZ 85251
   Telephone: (480) 429-3000
4  Facsimile: (480) 429-3100

5  Attorneys for Plaintiff

6  JOSEPH F. COYNE, JR., Cal. Bar No. 93707
   MICHELLE SHERMAN, Cal. Bar No. 136799
7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 48th Floor
8  Los Angeles, California 90071-1448
   Telephone:  213-620-1780
9  Facsimile:  213-620-1398

10 Attorneys for Defendants
   FORT JAMES CORPORATION
11 AND RELATED ENTITIES

12 JAMES C. KRIEG, Cal. Bar No. 77069
   STAN G. ROMAN, Cal. Bar No. 87652
13 KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 7th Floor
14 San Francisco, California 94104
   Telephone: (415) 249-8330
15 Facsimile: (415) 249-8333

16 Attorneys for Defendant MCGUIRE WOODS LLP

17                UNITED STATES DISTRICT COURT

18       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20  CROWN PAPER LIQUIDATING TRUST, | Case No. C 02-3836 MMC<br>Case No. C 05-0798 MMC |
| 21 | |
| 22              Plaintiff, | **STIPULATION AND ORDER** |
| 23        vs. | **CONTINUING DEFENDANTS'**<br>**MOTIONS FOR ATTORNEYS' FEES** |
| 24  PRICEWATERHOUSECOOPERS LLP<br>fka COOPERS & LYBRAND, et al. | **PENDING COURT APPROVAL OF**<br>**SETTLEMENT** |
| 25              Defendants. | Time: 9:00 a.m.<br>Courtroom: 7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney |
| 26 | |
| 27 | |
| 28  JEFFREY H. BECK, Liquidating Trustee<br>of the Crown Paper Liquidating Trust, | |

- 1 -

|   |   |
|---|---|
| Plaintiff, | |
| vs. | |
| FORT JAMES CORPORATION; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY; FORT JAMES INTERNATIONAL HOLDINGS LTD; AND MCGUIRE WOODS, LLP, | |
| Defendants. | |

Plaintiff Jeffrey H. Beck, Liquidating Trustee ("Plaintiff"), and defendants Fort James Operating Company, Fort James Fiber Company, and Fort James International Holdings, Ltd., (collectively, "Fort James Defendants") and McGuire Woods LLP ("MW," and collectively with the Fort James Defendants, "Defendants", and collectively with the Fort James Defendants and Plaintiff, the "Parties") stipulate as follows and respectfully request that the Court enter the Parties' proposed order appended hereto.

WHEREAS, on July 12, 2004, the Court dismissed with prejudice Case No. 02-03836 in favor of MW;

WHEREAS, on December 14, 2006, the Court entered judgment in Case No. 05-0798 in favor of Defendants;

WHEREAS, on December 22, 2006, the Court approved the Parties' stipulation to defer briefing and hearing dates for Defendants' to-be-filed attorneys' fees motions;

WHEREAS, on January 26, 2007, MW and the Fort James Defendants each timely filed an attorneys fees motion (collectively, the "Attorneys Fees Motions"), and scheduled the hearings on the Attorneys Motions for March 2, 2007;

1    WHEREAS, after the Defendants filed the Attorneys Fees Motions, the
2 Parties and other affected entities ("Others") reached an agreement in principle to settle all
3 litigation between and among them, including this action and the Attorneys Fees Motions,
4 and based thereon, the Parties stipulated to continue the hearing on the Attorneys Fees
5 Motions to April 27, 2007 to allow the Parties and Others to document and obtain court
6 approval of their settlement, which stipulation was approved by this Court (the "Prior
7 Stipulation");

9    WHEREAS, after entering into the Prior Stipulation, the Parties and Others
10 (i) finalized the terms of and documented their settlement (the "Settlement"), which
11 Settlement (if approved by the Court) will, among other things, render the Attorneys Fees
12 Motions moot, and (ii) filed a motion to withdraw the reference (the "Motion to Withdraw
13 Reference") on the motion to approve the Settlement (the "Settlement Motion"), which if
14 granted will result in this Court deciding the Settlement Motion;

16    WHEREAS, the Motion to Withdraw Reference is pending;

18    WHEREAS, with the current hearing date of April 27, 2007 for the
19 Attorneys Fees Motions, Plaintiff's oppositions to the Attorneys Fees Motions are due
20 April 6, 2007 and Defendants' replies are due April 13, 2007, and the Parties wish to avoid
21 the incurrence of additional fees with respect to the Attorneys Fees Motions;

-3-

W02-WEST:1TAC1\400257599.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEFENDANTS' MOTIONS
FOR ATTORNEYS' FEES PENDING
COURT APPROVAL OF SETTLEMENT

1  IT IS HEREBY STIPULATED AND AGREED that the hearing on the
2  Attorneys Fees Motions shall be continued to June 15, 2007, and the briefing schedule for
3  Plaintiff's oppositions and Defendants' replies shall be continued in accordance with the
4  Local Rules for filing oppositions and replies.

6  DATED: April 5, 2007
                            BEUS GILBERT PLLC

                            By      */s/ Albert J. Morrison*
                                    Albert J. Morrison
                                    Attorneys for Plaintiff

12 DATED: April 5, 2007
                            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                            By      */s/ Theodore A. Cohen*
                                    Theodore A. Cohen
                                    Attorneys for Fort James Defendants

17 DATED: April 5, 2007
                            KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                            By      */s/ James C. Krieg*
                                    James C. Krieg
                                    Attorneys for Def. MCGUIRE WOODS LLP

Good cause appearing,

IT IS HEREBY ORDERED that the hearing on the Attorneys Fees Motions is continued to June 15, 2007, and the briefing schedule for Plaintiff's oppositions and Defendants' replies is continued in accordance with the Local Rules for filing oppositions and replies.

The Court notes, however, that although the above-referenced "Motion to Withdraw Reference" may be "pending" in the Bankruptcy Court, said motion has not been docketed by the Clerk of the District Court and, accordingly, has not been assigned to a district court judge.  See Bankruptcy Local Rule 5011-2(a) (providing that when motion to withdraw is filed with Clerk of Bankruptcy Court, Clerk of Bankruptcy Court "shall transmit the motion" to Clerk of District Court, which assigns the motion to district judge pursuant to Assignment Plan).

DATED:  April 6, 2007

_____
Hon. Maxine M. Chesney
United States District Judge