IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST, | No. 02-3836 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT MOTION FOR ATTORNEY'S FEES AND EXPENSES; VACATING HEARING** |
| v. | |
| PRICEWATERHOUSECOOPERS LLP f/k/a COOPERS & LYBRAND, et al., | |
| Defendants | |

On January 26, 2007, defendant McGuireWoods LLP filed a motion for attorney's fees and expenses. By stipulation filed April 5, 2007, the parties advised the Court that said motion would be rendered moot in the event the Court approved the parties' settlement.[1] By order filed May 9, 2007, the Court approved the parties' settlement.

Accordingly, defendant's motion for attorney's fees and expenses is hereby DENIED as moot.[2]

**IT IS SO ORDERED.**

Dated: June 7, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] The stipulation was filed in a related case, specifically, Docket Entry 67 in <u>Beck v. Fort James Corporation</u>, 05-798 MMC.

[2] The hearing scheduled for June 15, 2007 is VACATED.